# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIBRA SECURITIES HOLDINGS, LLC and JESS RAVICH,<br><br>        Plaintiffs,<br><br>v.<br><br>JENNIFER ROBLES,<br><br>        Defendant. | Case No.: 2:23-cv-01250-APG-NJK<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING** |

I will conduct a hearing on the plaintiffs' emergency motion for an order requiring certain filings to be filed under seal and an order to show cause why arbitration should not be compelled (ECF No. 11) on **September 7, 2023 at 11:00 a.m.** in Las Vegas Courtroom 6C.

The plaintiffs will immediately serve on the defendant and her counsel, by hand-delivery and email, all filed documents and a copy of this order.  The plaintiffs will file with the court proof of such service by September 5, 2023.

The defendant may file an opposition to the motion by August 31, 2023.

The plaintiffs will serve defendant with the summons and complaint as required under Federal Rule of Civil Procedure 4 and file proof of such service (or an affidavit regarding their efforts to serve) by September 5, 2023.

The plaintiffs and the defendant shall file all documents containing allegations related to or describing events that occurred before August 1, 2019 under seal until further order of the court.

DATED THIS 22nd day of August, 2023.

Andrew P. Gordon
UNITED STATES DISTRICT JUDGE