# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIBRA SECURITIES HOLDINGS, LLC and JESS RAVICH, <br><br> Plaintiffs <br><br> v. <br><br> JENNIFER ROBLES, <br><br> Defendant | Case No.: 2:23-cv-01250-APG-NJK <br><br> **ORDER** |

Defendant Jennifer Robles moves for an extension of the briefing schedule and hearing date on the plaintiffs' emergency motion for an order requiring certain filings to be filed under seal and an order to show cause why arbitration should not be compelled. ECF No. 16. The plaintiffs agreed to a short extension, but not as much time as the defendant requested. The plaintiffs' primary concern is that Robles will, if unrestrained, file on the public docket harmful allegations. If Robles agrees to not file any such allegations, unsealed, on this or any other public docket pending a decision on the plaintiffs' motions, I will grant her an extension of the briefing schedule and hearing date. That would temporarily address the plaintiffs' concerns. If she will not agree to that, then I must keep the hearing as scheduled.

I THEREFORE ORDER that Robles' counsel will file a Notice stating whether Robles will agree to not file, unsealed, any allegations related to or describing events that occurred before August 1, 2019 on this or any other public docket pending a decision on the plaintiffs' motions. If that Notice is filed by September 5, 2023, I will vacate the September 7, 2023 hearing, and Robles' deadline to file an opposition to the motions will be extended to September

15, 2023.  In that event, the parties are to confer about a deadline for a reply brief and a hearing date.  If that Notice is not filed, the hearing date will remain as scheduled.

DATED this 1st day of September, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE