# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIBRA SECURITIES HOLDINGS, LLC and JESS RAVICH,<br><br>    Plaintiffs<br><br>v.<br><br>JENNIFER ROBLES,<br><br>    Defendant | Case No.: 2:23-cv-01250-APG-NJK<br><br>**ORDER** |

Based on my September 1, 2023 order (ECF No. 18) and the notice filed by defendant Jennifer Robles (ECF No. 21), I hereby vacate the September 7, 2023 hearing on the plaintiffs' pending motion (ECF No. 11). Counsel for the respective parties are to confer about a new hearing date (and confirm available dates with my Courtroom Administrator Melissa Johansen) and deadlines for Robles's opposition to the motion and the plaintiffs' reply. The parties will file a joint statement about their agreements by September 14, 2023. If they cannot agree, they shall file a joint statement of each of their positions.

DATED this 6th day of September, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE