UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIBRA SECURTIES HOLDINGS, LLC and JESS RAVICH,<br><br>Plaintiffs<br><br>v.<br><br>JENNIFER ROBLES,<br><br>Defendant | Case No.: 2:23-cv-01250-APG-NJK<br><br>**Order** |

The parties filed status reports advising that the California court (1) denied defendant Jennifer Robles' motion to stay the proceedings in California pending resolution of this case; (2) will hold a hearing on a motion for protective order on January 17, 2024 if one is filed by Libra Securities Holdings, LLC and Jess Ravich; and (3) continued the hearing on Libra and Ravich's motion to compel arbitration until February 5, 2024. ECF Nos. 40 at 2; 41 at 2-3.

In the meantime, the parties appear to be under the misapprehension that Robles has filed a motion to terminate or lift the injunction in this case. ECF Nos. 40 at 2; 41 at 3. While I granted Robles' motion to file such a motion, she has not actually done so. *See* ECF No. 38. Consequently, there is no motion pending before me. If Robles wants to file the motion, she must detach it from her motion for leave, and file it separately as a motion. Additionally, Libra and Ravich refer to a January 8 hearing. ECF No. 41 at 3. There is no hearing set in this case on that date. Rather, I ordered that the case was stayed until January 8, 2024. ECF No. 34.

To avoid further confusion, I hereby extend the injunction in this case until further order of this court to preserve the status quo so the California court can address Libra and Ravich's motion for a protective order in that case. Robles may file a motion to lift the injunction in this

case. But given the questionable jurisdiction in this court, the California court's decision at the January 17, 2024 hearing on sealing will weigh heavily in any decision I may issue in this case. As the parties represented at the September 28, 2023 hearing, the intent of continuing this matter was to preserve resources that otherwise would be spent on jurisdictional discovery in this court by giving Libra and Ravich time to file the suit in California and seek a protective order there.

    I THEREFORE ORDER that my August 22, 2023 order (ECF No. 12) remains in effect until further order of this court.

    I FURTHER ORDER that if defendant Jennifer Robles wants to file a motion to lift the August 22, 2023 order, she must detach it from her motion for leave and file it separately.

    I FURTHER ORDER that, except for Robles' potential motion to lift the August 22, 2023 order, the stay on the remainder of the case is extended beyond January 8, 2024 until further order of the court.

    I FURTHER ORDER that the parties shall file a joint status report or separate status reports regarding the state court's January 17, 2024 hearing by January 24, 2024.

    DATED this 18th day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE