# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIBRA SECURITIES HOLDINGS, LLC and JESS RAVICH, <br><br> Plaintiffs <br><br> v. <br><br> JENNIFER ROBLES, <br><br> Defendant | Case No.: 2:23-cv-01250-APG-NJK <br><br> **ORDER** |

I ORDER that the plaintiffs' motion to compel arbitration (ECF No. 11) is DENIED without prejudice to refile after the jurisdictional issues are resolved.

DATED this 8th day of February, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE