**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
MITCHELL J. LANGBERG, NV BAR NO. 10118
  mlangberg@bhfs.com
TRAVIS F. CHANCE, NV BAR NO. 13800
  tchance@bhfs.com
EMILY L. DYER, NV BAR NO. 14512
  edyer@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: (702) 382-2101

**CLARE LOCKE LLP**
TOM A. CLARE, (*pro hac vice*)
  tom@clarelocke.com
JERED T. EDE, (*pro hac vice*)
  jered@clarelocke.com
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400

Attorneys for Plaintiffs
LIBRA SECURITIES HOLDINGS, LLC
and JESS RAVICH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIBRA SECURITIES HOLDINGS, LLC, a Delaware limited liability company, and JESS RAVICH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JENNIFER ROBLES, an individual,<br><br>Defendant. | CASE NO. 2:23-cv-01250<br><br>**STIPULATION AND ORDER TO VOLUNTARILY DISMISS UNDER FRCP 41(a)(1)(A)(ii)** |

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs Jess Ravich and Libra Holdings LLC and Defendant Jennifer Robles stipulate that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: May 31, 2024

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: /s/ Mitchell J. Langberg
    MITCHELL J. LANGBERG, ESQ.
    TRAVIS F. CHANCE, ESQ.
    EMILY L. DYER, ESQ.
    100 North City Parkway, Suite 1600
    Las Vegas, NV 89106
    mlangberg@bhfs.com
    tchance@bhfs.com
    edyer@bhfs.com

**CLARE LOCKE LLP**
    THOMAS A. CLARE, P.C.
      (*pro hac vice*)
    JERED T. EDE (*pro hac vice*)
    10 Prince Street
    Alexandria, Virginia 22314
    tom@clarelocke.com
    jered@clarelocke.com

*Attorneys for Plaintiffs*
*Libra Securities Holdings, LLC and*
*Jess Ravich*

Dated: May 31, 2024

**ESPINOZA & ASSOCIATES**

By: /s/ Edmundo Espinoza
    EDMUNDO ESPINOZA, ESQ.
    (*pro hac vice*)
    160 Patriot Drive
    Buda, Texas 78610
    espinozalawyers@gmail.com

**LAW OFFICES OF SHAWN PEREZ**
    SHAWN PEREZ, ESQ.
    7121 West Craig Road, Suite 113-38
    Las Vegas, Nevada 89129
    Shawn711@msn.com

*Attorneys for Defendant Jennifer Robles*

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 3, 2024

3
STIPULATION AND ORDER TO VOLUNTARILY DISMISS UNDER FRCP 41(a)(1)(A)(ii)